MAY 8, 1940

**No. 43710.**——Protests 21244–K, etc., of Wm. Goodacre & Sons, Ltd. Abstract 43434. Application by plaintiff for rehearing granted.

**No. 43711.**——Protest 979074–G of (Mrs.) Lenore G. Levin. C. D. 307. Application by Government for rehearing denied.

May 14, 1940

**No. 43712.**—Suit 4272.——*East Asiatic Co., Inc.* v. *United States.* C. D. 180 affirmed. C. A. D. 112.

BEFORE THE FIRST DIVISION, MAY 15, 1940

**No. 43713.**—Protests 704471–G, etc., of Barkalow Bros. et al. (Los Angeles).

Opinion by BROWN, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43714.**—Protests 985435–G, etc., of R. H. Macy & Co., Inc., et al. (New York).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43715.**—Protest 8564–K of Sprouse-Reitz Co., Inc. (San Francisco).

Opinion by TILSON, J. In accordance with agreement of counsel and on the authority of Abstracts 39948 and 40480 the articles in question were held dutiable as manufactures of metal at 45 percent under paragraph 397 as claimed.

**No. 43716.**—Protest 17901–K of S. Lisk & Bro. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of three-tube horns composed of base metal similar to those involved in Abstract 40185. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 43717.**—Protest 12408–K of Mason Bros. & Tarlin (Boston).

Opinion by TILSON, J. It was stipulated that the merchandise is similar to that involved in Abstract 40493. The claim as manufactures of bamboo at 45 percent under paragraph 409 was therefore sustained.